# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

D. LEE HARBULA            )
                                 )     Case No.: 4:11-CV-54 RLY-WGH
                                 )
     Plaintiff            )
                                 )
     vs.                )     **ORDER**
                                 )
                                 )
                                 )
AMERICAN ELECTRIC POWER   )
                                 )
     Defendant        )

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), and upon stipulation of the Parties, Plaintiff, D. Lee Harbula, and Defendant, American Electric Power, by and through their respective counsel, and the Court in all ways being sufficiently advised;

**IT IS HEREBY ORDERED** that the within action is dismissed with prejudice with each party to bear its own costs.

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Dated  11/02/2012

DISTRIBUTION:

All electronically registered counsel via CM/ECF